Before the First Division, February 5, 1968

**No. P68/39.**—Seaway Importing Co. and R. J. Saunders & Co., Inc. *v.* United States, protest 66/1351 (New York).

Beckworth, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of gunracks with drawers similar in all material respects to those the subject of *Hurricane Import Co.* and *Wheeler & Miller* v. *United States* (55 Cust. Ct. 210, C.D. 2577), the claim of the plaintiffs was sustained.

**No. P68/40.**—F. J. Neil Co., Inc. *v.* United States, protests 64/9923, etc. (New York).

**No. P68/41.**—F. J. Neil Co., Inc. *v.* United States, protests 65/18753, etc. (New York).

Beckworth, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of wood slats similar in all material respects to those the subject of *Acme Venetian Blind & Window Shade Corp.* v. *United States* (56 Cust. Ct. 563, C.D. 2704), the claim of the plaintiff was sustained.